# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3: 11cr82

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| KENT DOUGLAS EASTON, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on the government's Motion to Continue Sentencing. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Continue Sentencing (#24) is **GRANTED,** and sentencing is **CONTINUED** from April 25, 2012, at 3:30 p.m. and **RESCHEDULED** to April 26, 2012, at 10:45 a.m..

Signed: April 11, 2012

Max O. Cogburn Jr.
United States District Judge